**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**AT LEXINGTON**
**CASE NO. 5:23-cr-00137-DCR-1**

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

**V.**

**ELLEN PHILLIPS**                                                                                    **DEFENDANT**

## MOTION FOR RELIEF PURSUANT TO 18 U.S.C. § 3553

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Comes the Defendant Ellen Phillips, by counsel, to move the Court for appropriate relief pursuant to 18 U.S.C. § 3553. He believes that a reasonable sentence in his case would include confinement of not more than 132 months. A Sentencing Memorandum has been filed in support of this motion.

WHEREFORE, the Defendant respectfully requests that the Court award a reasonable sentence in the above-styled case.

Respectfully Submitted,

BY:    s/Dan Carman
Dan Carman
Attorney at Law, PLLC
111 Church Street
Lexington, Kentucky 40507
(859) 685-1055 (office)
(859) 396-1049 (cell)
(859) 376-1228 (facsimile)
E-mail: dan.carman.attorney@gmail.com
Web: www.lexingtondefense.com
*Counsel for the Defendant, Ellen Phillips*

## **CERTIFICATE OF SERVICE**

On April 16, 2023, I electronically filed this document through the CM/ECF system, which will send the notice of electronic filing to all counsel of record, including Hon. Erin Roth, Assistant United States Attorney.

BY: /s/ Dan Carman
     Dan Carman
