To Whom it May Concern:

I am writing on behalf of Ellen Phillips.

While I do not know what break down in her mind led her to do what she admits to doing, I do know that Ellen has never been in trouble with the law before. Up until this point she was a respectable, contributing member of society. Ellen was a wonderful mother. She put her children first and was completely involved in their lives.

Ellen tried to give her children the life she did not have due to the death of her Mother at a young age. They were her world.

I do agree that there should be consequences/punishment I think Life in prison is much too harsh.

She has suffered the loss of her children's love and respect as well asthe loss of her career, her friend and many family members.

Ellen needs some kind of help to figure out why she did this. and the chance to show it will not happen again.

a life prison sentence will ensure that she will not be able to rebuild the bond with her family. She does have family that loves her and will feel the loss of her greatly

Sincerly,

Lisa Begley

Debbie Johnson

Kathy Maddox

Dear Judge,

My name is Margie Warner, I am Ellen Shells aunt. Ellen's mom (my sister) died when Ellen was only 14, so I am more of a mom to her than an aunt. I love her with all my heart, and I do not support what she has been accused of, but I do support Ellen. I helped raise her and her three sisters and of the three Ellen was always the one who I could count on and the most successful in life. What has happened is not of her natural character or the character of our family. Her family are all law abiding citizens, as she was also, and we are all well respected in our communities. So saying this, I feel Ellen needs psychiatric help and not an extended jail term. She was a wonderful mother who took pride in her kids and homeschooled them and was so protective of them. She always had high standards and high morals for her household, she was married for 20 years and had plenty of friends and was liked by everyone in her community. The family support she has is overwhelming, and everyone is willing to support her in whatever fashion needed. I ask of you to please give her the minimum sentence, with the understanding she will have psychiatric help in prison and when she is released I can get her the professional help she needs.

Thank you

Margie Warner

Margie Warner
859-319-1618



# Resurgence Counseling Center, LLC

Dear Your Honor,

My name is Stephen Warner and I am writing in support of my first cousin, Ellen Shell. Ellen has a history of being a positive influence within her community and a support to many. After losing her mother to cancer as a teenager, Ellen was subjected to an abusive life in the care of her Father. She persevered and graduated highschool and entered a very positive 20 year marriage.  During this time she graduated college and had 2 children.

Ellen has always been a very supportive and involved mother. She attended all events, programs, and anything else her children were involved in throughout her time with them. Ellen was an upstanding, law abiding citizen, her entire life. In my professional opinion, the traumatic events Ellen experienced in her early life, led to a psychotic episode that made her act completely out of Character. Although we as a family, and myself personally, do not condone her behavior, I do believe Ellen is remorseful and has the ability to return as a productive citizen. I believe this can be achieved through therapeutic mental health services that are proven to be more effective outside of the prison system.

I ask that Ellen be considered for shock probation or at minimum, the minimum allowed sentence. I believe that if given the minimum sentence, Ellen could complete the necessary programming during that time, and continue much needed mental health services once released. I can personally help Ellen navigate treatment once she is released and be sure that she is supported in her rehabilitation. I have available resources and community partners that would provide the stability and mental health management that she needs during this process.

Thank you for your consideration and I hope that you find minimum sentencing in this case to be sufficient. If given the opportunity, I know that Ellen can once again become a productive member of Society.

Thank you

Stephen Warner
Chief Operating Officer, VP
Resurgence Counseling Center

March 28,2024

Darlene Chambers

709 Hillcrest Dr.

Danville, Ky 40422

Dear your Honor,

My name is Darlene Chambers. I am the great aunt to Ellen Shell, who I love like my own child. She is a good, kind, and giving person that would give anybody in need anything she had.

I was always invited to go on vacation with her and her children. Everyone who met her thought the world of her. I will always be here for her and have a home that she can stay in whenever, she comes home,

She loves the Lord with all her heart.

She was always the one and only parent that took her kids to all the school functions, vacations, and took them camping because the father was always working. She loves her children so much and misses them. She would dearly love to see and visit with them.

I am here for her and love her very much.

Sincerely,

*Darlene Chambers*

Darlene Chambers